**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MANOJ PATEL and ALPA PATEL,

    Plaintiffs,

v.

Case No. 6:22-cv-200-WWB-DCI

SECRETARY, DEPARTMENT OF HOMELAND SECURITY and DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.
_____

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Notice of Voluntary Dismissal (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on April 12, 2022.

*[signature]*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record